FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 7 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:10CR 00094 JMM |
| | ) | |
| | ) | Title 21 U.S.C. § 841(a)(1) |
| v. | ) | Title 18 U.S.C. § 922(g)(1) |
| | ) | Title 18 U.S.C. § 924(a)(2) |
| | ) | Title 18 U.S.C. § 3 |
| GEORGE ALLEN THOMPSON | ) | Title 18 U.S.C. § 2 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about March 23, 2010, in the Eastern District of Arkansas, and elsewhere, the Defendant,

**GEORGE ALLEN THOMPSON**

did knowingly and intentionally possess with intent to distribute approximately 125 grams of marijuana, a Schedule I Controlled Substance;

In violation of Title 21, U.S.C. § 841(a)(1).

### COUNT 2

A.  That prior to March 24, 2010, in the Eastern District of Arkansas, the Defendant,

**GEORGE ALLEN THOMPSON**

had been convicted as follows:

  1.  In the Pulaski County Circuit Court, case number 1994-1193A, a conviction for Aggravated Robbery and Aggravated Assault; and

2. In Monroe County Circuit Court, case number 2001-38, a conviction for Possession of a Firearms by Certain Persons.

B. That each of the crimes set forth in paragraph A above occurred on separate dates and was punishable by a term of imprisonment exceeding one year.

C. That on or about March 24, 2010, in the Eastern District of Arkansas,

**GEORGE ALLEN THOMPSON**

did knowingly possess in and affecting commerce the following firearm, to wit: Mossberg (Westernfield), model 160B, .20 gauge shotgun, serial number 331696,

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT 3

A. That prior to March 24, 2010, in the Eastern District of Arkansas, the Defendant,

**GEORGE ALLEN THOMPSON**

had been convicted as follows:

1. In the Pulaski County Circuit Court, case number 1994-1193A, a conviction for Aggravated Robbery and Aggravated Assault; and

2. In Monroe County Circuit Court, case number 2001-38, a conviction for Possession of a Firearms by Certain Persons.

B. That each of the crimes set forth in paragraph A above occurred on separate dates and was punishable by a term of imprisonment exceeding one year.

C. That on or about March 24, 2010, in the Eastern District of Arkansas, the Defendant,

**GEORGE ALLEN THOMPSON**

did knowingly possess in and affecting commerce the following ammunition, to wit: 1036 rounds of Remington Brand, .22 caliber rifle/pistol ammunition,

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT 4

A. That prior to March 24, 2010, in the Eastern District of Arkansas, the Defendant,

**GEORGE ALLEN THOMPSON**

had been convicted as follows:

1. In the Pulaski County Circuit Court, case number 1994-1193A, a conviction for Aggravated Robbery and Aggravated Assault; and

2. In Monroe County Circuit Court, case number 2001-38, a conviction for Possession of a Firearms by Certain Persons.

B. That each of the crimes set forth in paragraph A above occurred on separate dates and was punishable by a term of imprisonment exceeding one year.

C. That on or about March 24, 2010, in the Eastern District of Arkansas, the Defendant,

**GEORGE ALLEN THOMPSON**

did knowingly possess in and affecting commerce the following ammunition, to wit: 4 rounds of Hornady brand, .17 caliber rifle/pistol ammunition,

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT 5

On or about October 26, 2009, in the Eastern District of Arkansas, and elsewhere, the Defendant,

## GEORGE ALLEN THOMPSON

aiding and abetting others known and unknown to the Grand Jury, knowing that an offense against the United States had been committed to wit, felon in possession of a firearm, did receive, relieve, comfort, and assist the offender, his father and a convicted felon, George Wylie Thompson, in order to hinder and prevent the offender's apprehension, trial, and punishment, that is: the Defendant sent George Wylie Thompson's prescription medication to an associate in the New England area who was supposed to carry the prescription medication to George Wylie Thompson in Thailand, where George Wylie Thompson was attempting to evade federal authorities after a search warrant was executed at his home resulting in the seizure of over 140 firearms, which, as a felon, he illegally possessed,

All in violation of Title 18, United States Code, Sections 3 and 2.

(End of Text. Signature page attached.)