IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                    NO. 4:10CR00094 JMM

GEORGE ALLEN THOMPSON                                               DEFENDANT

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to suppress filed by defendant George Allen Thompson is denied. See Document 15. All requested relief is denied.

IT IS SO ORDERED this 5th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE