Case 4:10-cr-00094-JLH   Document 48   Filed 11/05/13   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV -5 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Prob 12C Superseding

United States District Court
for the
Eastern District of Arkansas
SUPERSEDING PETITION
(Replacing previously filed petition, Docket Entry 44)

Name of Offender: George Allen Thompson                Case Number: 4:10CR00094-01 JMM

Name of Sentencing Judicial Officer:   Honorable James M. Moody
                                       United States District Judge

Original Offense:     Felon in Possession of Ammunition

Date of Sentence:     March 25, 2011

Original Sentence:    18 months Bureau of Prisons, 3 years supervised release, DNA testing, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

| Type of Supervision: | Supervised Release | Date Supervision Commenced: March 29, 2012<br>Supervision Expires: March 28, 2015 | |
|---|---|---|---|
| Mental Health Treatment Specialist: Selina M. Earsa | | Asst. U.S. Attorney: Chris Givens | Defense Attorney: Molly Sullivan |

## PETITIONING THE COURT

☒   To deny the Petition (Docket Entry 44) as moot and superseded by this Petition.
☐   To Issue a Sealed Warrant Pending Execution  (cc: U.S. Probation and U.S. Marshal only)
☐   To Issue a Summons
☐   Other

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Standard #7 | The defendant shall refrain from excessive use of alcohol and shall not purchase, use possess, distribute, or administer any controlled substances, or paraphernalia related to controlled substances, except prescribed by a physician. On December 17, 2012, and January 22, 2013, Mr. Thompson reported to the probation office and submitted urine samples which were confirmed positive for methamphetamine by Alere Laboratories. On July 11, 2013, Mr. Thompson signed an admission of drug use form reflecting he used the drug on December 17, 2012, and January 22, 2013. |
| 2 | Special #1 | The defendant shall participate, under the guidance and supervision of the U.S. Probation Officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. *Further, the defendant shall abstain from the use of alcohol during the course of treatment.* Mr. Thompson failed to report for drug testing on June 28 and September 21, 2012; and June 17 and 24, 2013. |

Prob 12C Superseding                                          -2-

Name of Offender: George Allen Thompson                    Case Number: 4:10CR00094-01 JMM

| | | |
|---|---|---|
| 3 | General | The defendant shall not commit another federal, state, or, local crime. |
| 4 | General | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. On September 17, 2013, Mr. George Allen Thompson appeared for arraignment in the Eastern District of Arkansas before U.S. Magistrate Judge Beth Deere for 21 U.S.C. § 846, conspiracy to possess with intent to distribute methamphetamine and 21 U.S.C. § 841, possession with intent to distribute methamphetamine (4:13CR00274-01). As a result he was detained at the Pulaski County Detention Center and a jury trial was scheduled for October 21, 2013, before U.S. District Judge J. Leon Holmes. |

I declare under the penalty that the foregoing is true and correct.

_____
Selina M. Earsa
Mental Health Treatment Specialist

Executed on    October 28, 2013

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Chris Givens
Assistant U.S. Attorney

Executed on    Nov. 4 2013

_____
Approved by Supervising U.S. Probation Officer